1  STEVEN L. FRIEDLANDER (SBN 154146)
   GALEN P. SALLOMI (SBN 306743)
2  CARL J. KAPLAN (SBN 323019)
   SV EMPLOYMENT LAW FIRM PC
3  160 Bovet Road, Suite 401
   San Mateo, California 94402
4  Telephone:   (650) 265-0222
   Facsimile:   (650) 265-0223
5  Email:       sfriedlander@svelf.com
                gsallomi@svelf.com
6               ckaplan@svelf.com

7  Attorneys for Plaintiff TRUSTLABS, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | TRUSTLABS, INC, a Delaware Corporation, | Case No. 1:21-cv-02606-RMI |
13 |  | |
14 | Plaintiff, | **PLAINTIFF TRUSTLABS, INC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
15 | v. | |
16 | DANIEL JAIYONG AN, | |
17 | Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**Case No. 1:21-cv-02606-RMI**

# CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION
# OF INTERESTED ENTITIES OR PERSONS

*(Fed. R. Civ. P. 7.1 and Civ. L.R. 3-15)*

Plaintiff TrustLabs, Inc. submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: TrustLabs does not have a parent corporation; no publicly held corporation owns ten percent or more of TrustLabs' stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 14, 2021

SV EMPLOYMENT LAW FIRM PC

By: /s/ Galen Sallomi
Steven L. Friedlander
Galen P. Sallomi
Carl J. Kaplan

Attorneys for Plaintiff TRUSTLABS, INC.