1  FARHAD NOVIAN (SBN 118129)
   farhad@novianlaw.com
2  ALEXANDER BRENDON GURA (SBN 305096)
   gura@novianlaw.com
3  **NOVIAN & NOVIAN, LLP**
   1801 Century Park East, Suite 1201
4  Los Angeles, CA 90067
   Telephone:   (310) 553-1222
5  Facsimile:   (310) 553-0222

6  *Attorneys for Defendant Daniel Jaiyong An*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRUSTLABS, INC, a Delaware Corporation, | Case No. 3:21-cv-02606-CRB |
|---|---|
| Plaintiff, | **DEFENDANT DANIEL JAIYONG AN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-15** |
| v. | |
| DANIEL JAIYONG AN, | |
| Defendant. | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

(Civ. L.R. 3-15)

Pursuant to Civil L.R. 3-15, Defendant DANIEL JAIYONG AN certifies that as of this date, other than the named parties, there are no interested persons, associations of persons, firms, partnerships, corporations or other entities to report.

Dated:  July 22, 2021          NOVIAN & NOVIAN, LLP
                               Attorneys at Law

                               By:      /s/ Alexander Brendon Gura
                                     FARHAD NOVIAN
                                     ALEXANDER BRENDON GURA

                                     *Attorneys for Defendant Daniel Jaiyong An*