United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC., <br>            Plaintiff, <br>    v. <br> DANIEL JAIYONG AN, <br>            Defendant. | Case No. 21-cv-02606-CRB (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 29 |

Plaintiff has filed a notice advising that the parties have a discovery dispute. ECF No. 29. The Court orders the parties to file a joint discovery letter brief, not to exceed five pages, pursuant to the undersigned's Discovery Standing Order setting forth their respective positions. The parties shall attach as exhibits the discovery requests and responses at issue, as well as any relevant meet and confer correspondence. The joint discovery letter brief shall be filed no later than March 8, 2022.

**IT IS SO ORDERED.**

Dated: March 1, 2022

THOMAS S. HIXSON
United States Magistrate Judge