UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAIYONG AN, an individual<br><br>Defendant. | Case No. 3:21-cv-02606-CRB<br><br>**DEFENDANT'S STATEMENT ON DISCOVERY DISPUTE**<br><br>Complaint Filed:   April 9, 2021<br>Judge:                   Hon. Charles R. Breyer<br>                              Hon. Thomas S. Hixson |

Mr. An hereby submits this statement pursuant to this Court's March 1, 2022 order.

## I.     DEFENDANT'S POSITION

Mr. An respectfully requests a period of approximately four (4) weeks, or until April 9, 2022, to submit a motion for summary judgment and substitute counsel to discuss next steps with respect to Plaintiff's discovery.

| Respectfully Submitted, | |
|---|---|
| | By: __/s/_____<br>Daniel Jaiyong An |

1

**JOINT STATEMENT ON DISCOVERY DISPUTE**                                                          **CASE NO. 3:21-cv-02606-CRB**