FILED

Mar 09 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL JAIYONG AN,<br><br>　　　　Defendant. | Case No. 21-cv-02606-CRB   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 33, 35 |

On February 28, 2022, Plaintiff filed a notice of discovery dispute. ECF No. 29. Judge Breyer referred discovery in this matter to the undersigned the same day. ECF No. 30. The Court ordered the parties to file a joint discovery letter brief by March 8, 2022. ECF No. 31. On March 8, Plaintiff filed a unilateral discovery letter brief. ECF No. 33. Emails attached to the letter brief indicated that defense counsel planned to move to withdraw. They have now filed that motion, ECF No. 34, and Defendant has requested a period of approximately four weeks, until April 9, 2022, to substitute counsel to discuss next steps with respect to Plaintiff's discovery requests. ECF No. 35. In light of the current circumstances, it seems appropriate to give Defendant additional time to brief the current discovery dispute. The Court understands Plaintiff's frustration, as these discovery requests have been pending for some time. However, a fact discovery cutoff has not yet been set in the case, so it does not seem that some additional delay will prejudice Plaintiff. Accordingly, the Court **ORDERS** Defendant to file a substantive

response to Plaintiff's letter brief by April 15, 2022.  The hearing currently scheduled for March 10, 2022 is **VACATED**.

     **IT IS SO ORDERED.**

Dated: March 9, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge