UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC., <br>           Plaintiff, <br> v. <br> DANIEL JAIYONG AN, <br>           Defendant. | Case No. 21-cv-02606-CRB (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 33, 35, 45 |

In light of the Defendant's brief at ECF No. 45, it appears that the discovery dispute raised by Plaintiff in ECF No. 33 is not ripe for the Court's review. If Plaintiff believes that Defendant's amended discovery responses or document production are deficient, it should meet and confer with Defendant and raise any disputes through a joint discovery letter brief. This order terminates ECF Nos. 33, 35 and 45.

**IT IS SO ORDERED.**

Dated: April 29, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge