UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC., <br><br>        Plaintiff, <br><br>    v. <br><br>DANIEL JAIYONG AN, <br><br>        Defendant. | Case No. 21-cv-02606-CRB (TSH) <br><br>**DISCOVERY ORDER** <br>Re: Dkt. No. 59 |

In ECF No. 59, Plaintiff filed a Notice of Discovery Dispute and Request for Referral to Magistrate Judge. However, Judge Breyer already made such a referral to the undersigned last year in ECF No. 30. The referral states that it is for "ALL DISCOVERY PURPOSES." *Id.* Accordingly, the Court **ORDERS** the parties to file a joint discovery letter brief pursuant to the undersigned's Discovery Standing Order no later than March 22, 2023 setting forth the current dispute.

**IT IS SO ORDERED.**

Dated: March 15, 2023

THOMAS S. HIXSON  
United States Magistrate Judge