UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>DANIEL JAIYONG AN,<br><br>          Defendant. | Case No. 21-cv-02606-CRB (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 88 |

In ECF No. 87, the Court granted in part and denied in part Plaintiff's motion for a protective order concerning Defendant's intention to take certain depositions. One of the depositions the Court permitted was of Plaintiff's outside counsel, Joseph Perkins at Orrick. Following the issuance of that order, Defendant represents that Plaintiff has declined to provide dates for Perkins' availability for a deposition, stating it doesn't have control over him, and that Plaintiff has told Defendant he needs to subpoena Perkins. Defendant now moves for an order enforcing ECF No. 87 and directing Plaintiff to subpoena Perkins. That motion is **DENIED**. Plaintiff is correct that Defendant needs to subpoena Perkins if he wishes to depose him.

**IT IS SO ORDERED.**

Dated: July 3, 2023

THOMAS S. HIXSON
United States Magistrate Judge