STEVEN L. FRIEDLANDER (SBN 154146)
CARL J. KAPLAN (SBN 323019)
SV EMPLOYMENT LAW FIRM PC
160 Bovet Road, Suite 401
San Mateo, California 94402
Telephone:   (650) 265-0222
Facsimile:   (650) 265-0223
Email:        sfriedlander@svelf.com
              ckaplan@svelf.com

Attorneys for Plaintiff TRUSTLABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC, a Delaware Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>DANIEL JAIYONG AN,<br><br>              Defendant. | Case No. 3:21-cv-02606-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TRUSTLABS, INC.'S MOTION TO EXTEND FACT DISCOVERY DEADLINE AND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>Complaint Filed:   April 9, 2021<br>Judge:             Hon. Charles R. Breyer |

Pursuant to plaintiff TrustLabs, Inc.'s ("Plaintiff") Motion to Extend Fact Discovery Deadline and Deadline to File Dispositive Motions, and for good cause shown,

**IT IS HEREBY ORDERED** that the fact discovery cut-off deadline shall be extended to October 18, 2023, and the deadline for the Court to hear dispositive motions shall be continued to November 20, 2023.

**IT IS SO ORDERED**

Dated: July 14, 2023

_____
HONORABLE CHARLES R. BREYER
United States District Judge