UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTLABS, INC., <br>            Plaintiff, <br> v. <br> DANIEL JAIYONG AN, <br>            Defendant. | Case No. 21-cv-02606-CRB (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 111 |

The parties are having difficulty scheduling five depositions. The Court ordered the parties to meet and confer and scheduled a further hearing for April 29, 2024 (ECF No. 105), but Defendant was a no-show, so the hearing did not proceed. ECF Nos. 109, 110. The Court then ordered the parties to file status reports concerning the scheduling of the depositions (ECF No. 110), but only Plaintiff filed one. Based on Plaintiff's submission, it looks like Plaintiff is not available on May 20-22, and Defendant stated he is not available after May 28. Plaintiff also states that Alex de Lorraine is not available until May 27. This situation isn't great considering that fact discovery closes on May 29. ECF Nos. 99, 100. To accommodate everyone's stated needs, the Court **ORDERS** that the following depositions shall take place on the following days:

| Witness | Date |
|---|---|
| Defendant | Thursday, May 23, 2024 |
| Rafael Cosman | Friday, May 24, 2024 |
| Michael Bland | Saturday, May 25, 2024 |
| Alex de Lorraine | Monday, May 27, 2024 |
| Ana Arpilleda | Tuesday, May 28, 2024 |

1   The depositions shall start at 9:30 a.m.  They shall take place in person at SV Employment
2   Law Firm, 160 Bovet Road in San Mateo, CA.  No remote appearances will be permitted;
3   everyone involved with the deposition must be there in person.  The party taking the deposition
4   must arrange for a court reporter, as well as a videographer if the deposing party wants a video of
5   the deposition.

6   **IT IS SO ORDERED.**

8   Dated: April 30, 2024

THOMAS S. HIXSON
United States Magistrate Judge