UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTLABS, INC.,

    Plaintiff,

v.

DANIEL JAIYONG AN,

    Defendant.

Case No. 21-cv-02606-CRB (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 113

In ECF No. 113, Defendant requests that the upcoming depositions in this matter take place in a courtroom. He states that he is unable to pay for the costs typically associated with depositions, including hiring a court reporter. He asserts that he has contacted several court reporters, who told him they do not serve pro se litigants. He requests a waiver of fees, permission to use alternative recording methods, and financial assistance for court reporter costs.

Defendant's requests are **DENIED**. Defendant is not entitled to have these depositions take place in a courtroom. The Court has no actual information about Defendant's finances – certainly nothing under oath, and even the unsworn statements have no detail. The alleged statements by six court reporter services that they will not serve pro se litigants are both hearsay and not sworn to by Defendant. His assertion in ECF No. 118 that "many court reporters I have contacted have stated they do not even support the San Mateo region" does not give the Court great confidence that Defendant's unsworn assertions of fact are accurate. The Court observes that the parties have been fighting about these depositions for about a year (*see* ECF No. 75), and Defendant raising these issues for the first time nine days before his own deposition is scheduled to take place, and ten days before the depositions he wants to take are scheduled to begin, is either very poor planning or an attempt at further delay.

    **IT IS SO ORDERED.**

Dated: May 20, 2024

THOMAS S. HIXSON
United States Magistrate Judge